

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00728-CV

James **SERNA**,
Appellant

v.

**THOMAS KUNZ, LLC** d/b/a Septic Solutions & Kret Heating and Air Conditioning, LLC,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-21677
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against the appellant.

SIGNED January 22, 2025.

_____
Irene Rios, Justice